# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LEONEL MONTERROSO, | NO. CV 10-4731 R (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GEORGE H. LUND, III, et al., | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Feb. 25, 2011.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE